1  MALCOLM S. SEGAL - SBN 075481
   JAMES P. MAYO - SBN 169897
2  **SEGAL & KIRBY LLP**
   770 L Street, Suite 1440
3  Sacramento, CA 95814
   Telephone: (916) 441-0828
4  Facsimile: (916) 446-6003
   msegal@segalandkirby.com
5  jmayo@segalandkirby.com

6  JOHN F. HEIL, III, OBA #15904, *pro hac vice*
   ROBERT P. FITZ-PATRICK, OBA #14713, *pro hac vice*
7  **HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C.**
   320 South Boston Avenue, Suite 200
8  Tulsa, Oklahoma 74103
   Telephone (918) 594-0400
9  Facsimile (918) 594-0505
   jheil@hallestill.com
10 rfitzpatrick@hallestill.com

11 Attorneys for Plaintiff
   ROAD SCIENCE, LLC

12

13              **IN THE UNITED STATES DISTRICT COURT**

14           **FOR THE EASTERN DISTRICT OF CALIFORNIA**

15                    **SACRAMENTO DIVISION**

16
   ROAD SCIENCE, L.L.C,
17 a Delaware limited liability company,

18               Plaintiff,

19 v.                                    Case No. 09-CV-02023 FCD GGH

20 CONTINENTAL WESTERN                   **STIPULATION AND ORDER**
   TRANSPORTATION COMPANY,               **CONTINUING HEARING DATE ON**
21 INC., d/b/a WINDSOR FUEL              **DEFENDANTS' MOTION TO DISMISS**
   COMPANY and TELFER OIL                _____
22 COMPANY, a California corporation,

23               Defendants.

24

25      Plaintiff, ROAD SCIENCE, LLC  and Defendants, CONTINENTAL WESTERN

26 TRANSPORTATION COMPANY, INC., and TELFER OIL COMPANY dba

27 WINDSOR FUEL COMPANY, acting by and through their undersigned counsel in

28 this action, hereby stipulate as follows:

                                    1

1    1.    On October 2, 2009, Defendants filed a Notice of Motion and Motion to

2    Dismiss For Failure to State a Claim on Which Relief Can Be Granted ("Motion to

3    Dismiss") - Docket Nos. 20-26.

4    2.    The Motion to Dismiss was noticed by Defendants for hearing on

5    November 25, 2009 at 10:00 a.m..

6    3.    To accommodate Plaintiff's schedule, Plaintiff and Defendants

7    have agreed, and hereby stipulate, that the hearing on the Motion to Dismiss should

8    instead be held on **December 11, 2009 at 10:00 a.m.**.  This date has been indicated

9    to counsel for Plaintiff as an available motion date on the Court's calendar.

10   **IT IS SO STIPULATED.**

11   Dated:   October 9, 2009                     Respectfully submitted,

12                                                **SEGAL & KIRBY LLP**

13                               By:   /s/ James P. Mayo
14                                     MALCOLM S. SEGAL
                                       JAMES P. MAYO
15                                     Attorneys for Plaintiff
                                       ROAD SCIENCE, LLC

16   Dated:   October 9, 2009          **HALL, ESTILL, HARDWICK, GABLE,**
                                       **GOLDEN & NELSON, P.C.**
17

18                               By:   /s/ John F. Heil, III
                                       JOHN F. HEIL, III, *pro hac vice*
19                                     Attorneys for Plaintiff
                                       ROAD SCIENCE, LLC

20   Dated:   October 9, 2009          **THE LAW OFFICES OF DAVID A.**
                                       **MAKMAN**
21

22                               By:   /s/ David A. Makman
23                                     DAVID A. MAKMAN
                                       Attorneys for Defendants
24                                     CONTINENTAL WESTERN
                                       TRANSPORTATION COMPANY, INC.
25                                     TELFER OIL COMPANY dba
                                       WINDSOR FUEL COMPANY

26

27   ///

28   ///

1  Dated: October 9, 2009                     **NAGELY, MEREDITH & MILLER, INC.**

2

3                                  By:     /s/ Andrea M. Miller
                                           ANDREA M. MILLER
4                                          Attorneys for Defendants
                                           CONTINENTAL WESTERN
5                                          TRANSPORTATION COMPANY, INC.
                                           TELFER OIL COMPANY dba
6                                          WINDSOR FUEL COMPANY

7

8                                  <u>**ORDER**</u>

9       Good cause appearing, and pursuant to stipulation of the parties, IT IS

10  HEREBY ORDERED that the hearing on Defendants' Motion to Dismiss For Failure

11  to State a Claim on Which Relief Can Be Granted previously noticed for hearing on

12  November 25, 2009 at 10:00 a.m. (Docket Nos. 20-26) is continued to December 11,

13  at 10:00 a.m..

14

15  Date:   October 9, 2009

16

17

18                                  _____

19                                  FRANK C. DAMRELL, JR.
                                    UNITED STATES DISTRICT JUDGE
20

21

22

23

24

25

26

27

28

_____
3
Stipulation Continuing Hearing Date On Defendants' Motion To Dismiss

1  **CERTIFICATION OF JAMES P. MAYO PURSUANT TO GENERAL RULE NO. 45, SECTION X. RE FILING ON BEHALF OF MULTIPLE SIGNATORIES**

2

3   1.    I am an attorney licensed to practice law in the state of California, and

4 am counsel for Plaintiff ROAD SCIENCE, LLC..  The statements herein are made on my

5 personal knowledge, and if called as a witness I could and would testify thereto.

6   2.    The above electronically-filed document contains multiple signatures.  I

7 declare that concurrence has been obtained from each of the other signatories to file this

8 jointly prepared document with the Court.  Pursuant to General Rule No. 45, I shall

9 maintain records to support this concurrence for subsequent production for the Court if so

10 ordered, and for inspection upon request by a party until one year after resolution of the

11 action (including appeal, if any).

12   I declare under penalty of perjury under the laws of the United States that the

13 foregoing is true and correct.  Executed on October 9, 2009, at Sacramento, California.

14

15   /s/ *James P. Mayo*

16   _____
   JAMES P. MAYO

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation Continuing Hearing Date On Defendants' Motion To Dismiss