```
                    IN THE UNITED STATES DISTRICT COURT

                   FOR THE EASTERN DISTRICT OF CALIFORNIA

SEMMATERIALS, L.P.

        Plaintiff,                      No. CIV S-08-0843 KJM GGH

   vs.

MARTIN BROTHERS CONSTRUCTION,

        Defendant.
                                  /

ROAD SCIENCE, L.L.C.

        Plaintiff,                      No. CIV S-09-2023 KJM GGH

   vs.

CONTINENTAL WESTERN
TRANSPORTATION COMPANY,
INC., et al.,

        Defendants.
                                  /

ROAD SCIENCE, L.L.C.,

        Plaintiff,                      No. CIV S-10-0786 KJM GGH

   vs.

TELFER OIL COMPANY dba
WINDSOR FUEL COMPANY, et al.,           ORDER

        Defendants.
                                  /
```

1

1 | Pursuant to 28 U.S.C. Section 455(a), the undersigned recuses himself from each
2 | of the three-captioned cases.
3 | DATED: 10/19/2011

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE